IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TIMOTHY R. DEGRATE,<br><br>Plaintiff,<br><br>vs.<br><br>HAWAIIAN AIRLINES, INC., a domestic profit corporation, JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATION 1-10; AND DOE GOVERNMENTAL AGENCIES 1-10,<br><br>Defendants. | CIV NO. 18-00017 ACK-RLP |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 15, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant Plaintiff's Motion For Remand", ECF NO. 23 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 10, 2018.



_____
Alan C. Kay
Sr. United States District Judge

Degrate v. Hawaiian Airlines, Inc., Civ. No. 18-00017 ACK-RLP, Order Adopting Magistrate Judge's Findings and Recommendation.